# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

COREY BURNS, an individual, )
)
        Plaintiff, )
)
v. ) Case No. CIV-13-528-KEW
)
DAL-ITALIA, LLC, a foreign )
limited liability corporation, )
d/b/a DAL-TILE, )
)
        Defendant. )

## O R D E R

This matter comes before the Court on Plaintiff's Motion to Exclude Testimony from Defendant's Proposed Expert David A. David, Jr. (Docket Entry #103). Plaintiff seeks to exclude the testimony of Defendant's expert on safety and the working conditions at Defendant's facility. However, at the hearing on the Motion, Defendant's counsel withdrew his objection to Mr. David's testimony.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Exclude Testimony from Defendant's Proposed Expert David A. David, Jr. (Docket Entry #103) is deemed **WITHDRAWN**.

IT IS SO ORDERED this 18th day of February, 2016.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE